UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Pablo C Torres,<br><br>                    Plaintiff,<br>     v.<br><br>Continental Indemnity Group of Insurance Companies et al,<br><br>                    Defendant. | CASE NO. 3:23-cv-06196-DGE<br><br>ORDER TO SHOW CAUSE |

On February 1, 2024, the Court issued an order setting a schedule and instructing the parties to file a joint status report by May 1, 2024.  (Dkt. No. 10.)  This order required the Federal Rule of Civil Procedure 26(f) conference to occur no later than April 17, 2024.  (*Id*. at 1.)  Pursuant to Rule 26(f)(1)–(2), the "parties must confer" and "are jointly responsible for arranging the conference."

It is unclear, however, whether Plaintiff received the Court's February 1, 2024 order as it appears correspondence sent to Plaintiff was returned as undeliverable.  (*See* Dkt. Nos. 7, 9, 11.)

ORDER TO SHOW CAUSE - 1

As a result, on February 12, 2022, the Clerk of Court mailed additional copies of Dkt. Nos. 4, 5, and 10 to Plaintiff using an address identified in the Notice of Removal. The Court believes Plaintiff received this additional correspondence but is uncertain.

On April 15, 2024, an unknown individual using email djchimolinseattle@gmail.com sent an email to the Court's courtroom deputy purportedly on behalf of Plaintiff indicating Plaintiff was having difficulty receiving timely mail. (Dkt. No. 12.) On May 1, 2024, the courtroom deputy received another email from this same email address. This time Plaintiff purportedly was using this email to contact the Court. (*Id*.) However, neither the April 15 nor May 1 email identified a mailing address for the Court to send correspondence to Plaintiff. Plaintiff's mailing address remains uncertain.

The Parties have not complied with the Court February 1, 2024 order and the Court us not certain of Plaintiff correct mailing address and other contact information.

Accordingly, the Parties are hereby ORDERED Defendants show cause by June 15, 2024 as to why the Court should not dismiss this matter without prejudice for want of prosecution. In the alternative, the Parties may file a *joint* status report by June 15, 2024 as previously required by the Court's February 1, 2024 Order.

Plaintiff also is ORDERED to immediately notify the Court of a correct mailing address and contact information.

Dated this 22nd day of May 2024.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2